

FILED
JUL 0 1 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) No. 08 CR 50030 |
| RENWICK L. KING | ) Violations: Title 18, United States Code, Sections 922(d)(1), 922(k), and 924(a)(1)(A) |

### COUNT ONE

The FEBRUARY 2008 GRAND JURY charges:

1. At all times material to this indictment:

(a) Federally licensed firearms dealers were required to record all sales of firearms on Bureau of Alcohol, Tobacco, and Firearms ("ATF") Forms 4473, unless the sales were to other licensed dealers.

(b) A person purchasing a firearm was required to provide certain accurate information on an ATF Form 4473, including his or her name, address, other identifying information, and truthful statements that the buyer was not prohibited by law from possessing firearms.

(c) A person purchasing a firearm was also required to truthfully state whether he or she was the actual buyer of the firearm.

(d) Federally licensed firearms dealers used the information provided on ATF Forms 4473 to insure that the buyers were not prohibited by law from purchasing firearms.

(e) ATF and other law enforcement agencies used the information provided on ATF Forms 4473 to trace firearms used in crimes and for other purposes.

(f) A "straw purchase" was an illegal purchase of a firearm for another person, such as someone prohibited by law from purchasing firearms, in which the purchaser falsely stated on the ATF Form 4473 that he or she was the actual buyer of the firearm.

(g) Under federal law, a firearm could not be sold to someone who has been convicted of a federal or state crime potentially punishable by imprisonment for a term exceeding one year (hereinafter "a felon").

(h) To legally possess a firearm in the State of Illinois, a person was required to have a valid Illinois Firearm Owner's Identification Card ("FOID").

(i) Prior to selling a firearm in the State of Illinois, federally licensed firearms dealers were required to verify that the buyer had a valid Illinois FOID card by calling the Illinois State Police Firearms Transfer Inquiry Program ("FTIP").

2. On or about September 13, 2007, at Loves Park, in the Northern District of Illinois, Western Division,

RENWICK L. KING,

defendant herein, knowingly made a false statement and representation with respect to the information required by federal law to be kept in the records of a person licensed to deal in firearms under federal law, namely his statement, on an ATF Form 4473, that he was the "actual buyer" of a firearm, namely:

a Ruger, model P-95, 9 millimeter pistol, serial number 316-39585,

whereas, in truth and fact, as the defendant RENWICK L. KING well knew, he was not the actual buyer, but was making a straw purchase of this firearm on behalf of another person who, because of a prior felony conviction, could not legally possess a firearm;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT TWO

The FEBRUARY 2008 GRAND JURY further charges:

On or about September 18, 2007, at Rockford, in the Northern District of Illinois, Western Division,

RENWICK L. KING,

defendant herein, knowingly did possess a firearm, namely:

a Ruger, model P-95, 9 millimeter pistol, serial number 316-39585,

from which the manufacturer's serial number had been removed and obliterated and which had previously been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(k).

## COUNT THREE

The FEBRUARY 2008 GRAND JURY further charges:

On or about September 18, 2007, at Rockford, in the Northern District of Illinois, Western Division,

RENWICK L. KING,

defendant herein, knowingly sold and disposed of a firearm, namely:

a Ruger, model P-95, 9 millimeter pistol, serial number 316-39585,

to an individual he knew and had reasonable cause to believe had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Section 922(d)(1).

## COUNT FOUR

The FEBRUARY 2008 GRAND JURY further charges:

1. Paragraphs 1(a) through 1(i) of Count One of this indictment are realleged and incorporated herein as if fully set forth.

2. On or about September 18, 2007, at Rockford, in the Northern District of Illinois, Western Division,

RENWICK L. KING,

defendant herein, knowingly made a false statement and representation with respect to the information required by federal law to be kept in the records of a person licensed to deal in firearms under federal law, namely his statement, on an ATF Form 4473, that he was the "actual buyer" of two firearms, namely:

> a Ruger, model P-95, 9 millimeter pistol, serial number 316-31471, and
> a Bersa, model Thunder 380, .380 caliber pistol, serial number 840430,

whereas, in truth and fact, as the defendant RENWICK L. KING well knew, he was not the actual buyer, but was making a straw purchase of these firearms on behalf of another person who, because of a prior felony conviction, could not legally possess a firearm;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT FIVE

The FEBRUARY 2008 GRAND JURY further charges:

On or about September 21, 2007, at Rockford, in the Northern District of Illinois, Western Division,

### RENWICK L. KING,

defendant herein, knowingly did possess two firearms, namely:

> a Ruger, model P-95, 9 millimeter pistol, serial number 316-31471, and
> a Bersa, model Thunder 380, .380 caliber pistol, serial number 840430,

from which the manufacturer's serial number had been removed and obliterated and which had previously been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(k).

## COUNT SIX

The FEBRUARY 2008 GRAND JURY further charges:

On or about September 21, 2007, at Rockford, in the Northern District of Illinois, Western Division,

RENWICK L. KING,

defendant herein, knowingly sold and disposed of two firearms, namely:

> a Ruger, model P-95, 9 millimeter pistol, serial number 316-31471, and
> a Bersa, model Thunder 380, .380 caliber pistol, serial number 840430,

to an individual he knew and had reasonable cause to believe had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Section 922(d)(1).

## COUNT SEVEN

The FEBRUARY 2008 GRAND JURY further charges:

1. Paragraphs 1(a) through 1(i) of Count One of this indictment are realleged and incorporated herein as if fully set forth.

2. On or about October 1, 2007, at Cherry Valley, in the Northern District of Illinois, Western Division,

RENWICK L. KING,

defendant herein, knowingly made a false statement and representation with respect to the information required by federal law to be kept in the records of a person licensed to deal in firearms under federal law, namely his statement, on an ATF Form 4473, that he was the "actual buyer" of two firearms, namely:

a Mossberg, model 500, 12-gauge pump shotgun, serial number T014544, and
a Maverick by Mossberg, model 88, 12-gauge pump shotgun, serial number MV33828L,

whereas, in truth and fact, as the defendant RENWICK L. KING well knew, he was not the actual buyer, but was making a straw purchase of these firearms on behalf of another person who, because of a prior felony conviction, could not legally possess a firearm;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT EIGHT

The FEBRUARY 2008 GRAND JURY further charges:

On or about October 2, 2007, at Rockford, in the Northern District of Illinois, Western Division,

### RENWICK L. KING,

defendant herein, knowingly did possess two firearms, namely:

a Mossberg, model 500, 12-gauge pump shotgun, serial number T014544, and
a Maverick by Mossberg, model 88, 12-gauge pump shotgun, serial number MV33828L,

from which the manufacturer's serial number had been removed and obliterated and which had previously been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(k).

## COUNT NINE

The FEBRUARY 2008 GRAND JURY further charges:

On or about October 2, 2007, at Rockford, in the Northern District of Illinois, Western Division,

RENWICK L. KING,

defendant herein, knowingly sold and disposed of two firearms, namely:

a Mossberg, model 500, 12-gauge pump shotgun, serial number T014544, and
a Maverick by Mossberg, model 88, 12-gauge pump shotgun, serial number MV33828L,

to an individual he knew and had reasonable cause to believe had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Section 922(d)(1).

## COUNT TEN

The FEBRUARY 2008 GRAND JURY further charges:

1.  Paragraphs 1(a) through 1(i) of Count One of this indictment are realleged and incorporated herein as if fully set forth.

2.  On or about October 10, 2007, at Loves Park, in the Northern District of Illinois, Western Division,

RENWICK L. KING,

defendant herein, knowingly made a false statement and representation with respect to the information required by federal law to be kept in the records of a person licensed to deal in firearms under federal law, namely his statement, on an ATF Form 4473, that he was the "actual buyer" of a firearm, namely:

a Cleveland Arms, model MK99, 7.62 x 39 millimeter rifle, serial number EP8677,

whereas, in truth and fact, as the defendant RENWICK L. KING well knew, he was not the actual buyer, but was making a straw purchase of this firearm on behalf of another person who, because of a prior felony conviction, could not legally possess a firearm;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT ELEVEN

The FEBRUARY 2008 GRAND JURY further charges:

On or about October 11, 2007, at Rockford, in the Northern District of Illinois, Western Division,

RENWICK L. KING,

defendant herein, knowingly did possess a firearm, namely:

a Cleveland Arms, model MK99, 7.62 x 39 millimeter rifle, serial number EP8677, from which the manufacturer's serial number had been removed and obliterated and which had previously been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(k).

## COUNT TWELVE

The FEBRUARY 2008 GRAND JURY further charges:

On or about October 11, 2007, at Rockford, in the Northern District of Illinois, Western Division,

RENWICK L. KING,

defendant herein, knowingly sold and disposed of a firearm, namely:

a Cleveland Arms, model MK99, 7.62 x 39 millimeter rifle, serial number EP8677,

to an individual he knew and had reasonable cause to believe had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Section 922(d)(1).

## COUNT THIRTEEN

The FEBRUARY 2008 GRAND JURY further charges:

1. Paragraphs 1(a) through 1(i) of Count One of this indictment are realleged and incorporated herein as if fully set forth.

2. On or about October 29, 2007, at Cherry Valley, in the Northern District of Illinois, Western Division,

RENWICK L. KING,

defendant herein, knowingly made a false statement and representation with respect to the information required by federal law to be kept in the records of a person licensed to deal in firearms under federal law, namely his statement, on an ATF Form 4473, that he was the "actual buyer" of two firearms, namely:

a Smith & Wesson, model SW9VE, 9 millimeter pistol, serial number RAT5484, and
an Interarms, model Firestar Plus, 9 millimeter pistol, serial number 2158309,

whereas, in truth and fact, as the defendant RENWICK L. KING well knew, he was not the actual buyer, but was making a straw purchase of these firearms on behalf of another person who, because of a prior felony conviction, could not legally possess a firearm;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

14

No.: 08 CR 50030

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

RENWICK L. KING

INDICTMENT

Violation(s): Title 18, United States Code, Sections 922(d)(1), 922(k) and 924(a)(1)(A)

A true bill,

_____
Foreman

Filed in open court this _____ day of _____ A.D. 20 08

_____
Clerk

Bail, $

FILED
JUL 01 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court