AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

NORTHERN District of ILLINOIS - Western Division

07-01-08P01:04 RCVD

UNITED STATES OF AMERICA
V.

RENWICK L. KING

**WARRANT FOR ARREST**

Case Number: 08 CR 50030

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     RENWICK L. KING
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with (brief description of offense)

1) Making false statements related to firearms purchases;
2) Possession of firearms with obliterated serial numbers; and
3) Selling firearms to a convicted felon

**FILED**

JUL 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

in violation of Title 18 United States Code, Section(s) Sections 924(a)(1)(A), 922(k), and 922(d)(1), respectively

P. MICHAEL MAHONEY
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

7/1/2008     ROCKFORD, ILLINOIS
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

1706 4th Ave Rockford

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7-2-08 | SA John Richardson | |